

### ORDER

PER CURIAM:

AND NOW, this 31st day of March, 1998, the petition for allowance of appeal is denied in accordance with this Court's decision in *Sullivan v. Commonwealth, Department of Transportation, Bureau of Driver Licensing,* — Pa. ——, 708 A.2d 481 (1998).

---

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner,

v.

**Edward P. BORIO, III, Respondent.**

Supreme Court of Pennsylvania.

March 31, 1998.

Timothy P. Wile, Asst. Counsel, Harold H. Cramer, Asst. Chief Counsel, Andrew S. Gordon, Chief Counsel, Paul A. Tufano, General Counsel, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 31st day of March, 1998, the petition for allowance of appeal is denied in accordance with this Court's decision in *Sullivan v. Commonwealth, Department of Transportation, Bureau of Driver Licensing,* — Pa. ——, 708 A.2d 481 (1998).

---

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner,

v.

**Marlyn L. SUTER, Respondent.**

Supreme Court of Pennsylvania.

March 31, 1998.

Timothy P. Wile, Asst. Counsel, Harold H. Cramer, Asst. Chief Counsel, Andrew S. Gordon, Chief Counsel, Paul A. Tufano, General Counsel, for petitioner.

---

COMMONWEALTH of Pennsylvania, Respondent,

v.

**Larry WHITTERS, Petitioner.**

Supreme Court of Pennsylvania.

April 1, 1998.

Andrew G. Gay, Philadelphia, for petitioner.

### *ORDER*

PER CURIAM.

AND NOW this 1st day of April, 1998, the Petition for Allowance of Appeal is GRANTED in order to determine whether the Superior Court erred by declining to dismiss the charges against appellant pursuant to Pa. R.Crim. P. 1100.